No. 05–79. HOWARD ET AL. v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 05–80. CHEEVER ET AL. v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 05–81. LAFONTAINE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–82. NAULT ET UX., CO-GUARDIANS OF THE PERSON AND ESTATE OF NAULT, AN ADULT WARD v. MAINOR ET AL. Sup. Ct. Nev. Certiorari denied.

No. 05–84. BUTCHER ET AL. v. BLACHY ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–90. TELLO v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 05–91. ALLEGHENY COUNTY PRISON EMPLOYEES INDEPENDENT UNION ET AL. v. ALLEGHENY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–93. KHANNA v. JEMM CO. ET AL. Ct. App. Colo. Certiorari denied.

No. 05–94. MCENTEE v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 05–95. SUTTER v. LASAR. C. A. 9th Cir. Certiorari denied.

No. 05–97. SCHNEIDERHAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–99. DUCOTE v. TITELMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–100. PIECZENIK v. DOMANTIS ET AL. C. A. Fed. Cir. Certiorari denied.

No. 05–102. BIEN-AIME v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.